JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BUSCEMI, LLC, a California Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>CALZATURIFICIO GENSI GROUP, S.R.L.,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:15−cv−07925−MWF−MRW<br><br>**ORDER RE STIPULATION RE DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)** |

Based on the Parties' Stipulation and for good cause shown, it is hereby ordered as follows:

1.    The action, including all claims and counterclaims, is hereby dismissed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2);

2.    Each party shall bear its own attorney's fees and costs incurred in the action;

1
**ORDER**

and

3. The Court hereby retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: May 26, 2017

_____
Hon. Michael W. Fitzgerald
United States District Judge

PROOF OF SERVICE